Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY __MC__ D.C.
SEP 2 3 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Lana Patrick Pro Se

)
)
)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

OFC M NOEL
SGT. SIMON

)
)
)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No.   24-cv-23653-DPG
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lana Patrick Pro Se |
| Address | 9378 Arlington Expy PMB 204 |
| | Jacksonville, FL 32225 |
| | *City / State / Zip Code* |
| County | Duval county |
| Telephone Number | 904-524-6030 |
| E-Mail Address | thejtownpress@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | OFC M Noel |
| Job or Title *(if known)* | Opa Locka police officer |
| Address | 780 Fisherman Street, Suite 316. |
| | Opa Locka, Fl 33054 |
| | *City / State / Zip Code* |
| County | Miami Dade county |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Sgt. Simon |
| Job or Title *(if known)* | Opa locka police officer |
| Address | 780 Fisherman Street, Suite 316 |
| | Opa Locka, FL 33054 |
| | *City / State / Zip Code* |
| County | Miami Dade county |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |  City  |  State  |  Zip Code  |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity  [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |  City  |  State  |  Zip Code  |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
1st amendment, 4th amendment, state records law violation

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

          see attachment

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

          see Attachment

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

          see Attachment

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

          see Attachment

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $100,000 in punitive damages, and declaratory relief in the form of instructing the defendants that policy can not over ride state law.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff    Lana Patrick Pro Se

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
         _____
         City            State        Zip Code
Telephone Number _____
E-mail Address _____

1. Lana Patrick is of legal age and a U.S. citizen. She resides in Duval County, Florida. She is an independent Journalist/Activist.

2. Defendant OFC. M. Noel was employed by the Opa Locka Police Dept as a officer at all times relevant to the allegations in this complaint and is a resident of Florida.

3. Defendant Sgt. Simon was employed by the Opa Locka Police Dept at all times relevant and is a resident and citizen of the state of Florida.

## FACTS

4. On December 11th 2023 I went to the Opa Locka city hall to make some record requests and gather some content on a story.

5. Although they say they have a policy, no one requested my identification before allowing me to enter the building. (1:00- 1:23 time stamp plantiff's exhibit 1)

6. An unknown employee tries to insert himself into our news report by pretending to be a security guard and even went hands on with another journalist(3:45-4:34 Plaintiffs exhibit 1)

7. At the 4:35 mark (plantiff exhibit 1) officers from the Opa Locka police department show up on scene.

8. After Sgt. Simon told us how his policy trumps my right to remain anonymous while entering the building to request public records.

9. Sgt Simon at the 8:38 mark (Plaintiffs exhibit 1) asks us to come down and show ID and we can continue talking. We politely decline and continue talking.

10. At 10:33-10:45 (plantiff exhibit 1) Sgt Simon says that the people who asked him to come up wants him to trespass us.

11. Sgt. Simon then detains us (11:17 Plaintiff exhibit 1) even though he doesn't suspect us of any criminal activity, he only questioned us about a policy.

12. From 15:50 to 15:60 (plaintiff exhibit 1) Sgt Simon details how he is going to arrest me if I dont provide ID for the trespass warning.

13. At 18:09 Sgt Simon confirms that Ofc Noel is the lead officer and she identifies us under threat of arrest. (plaintiff exhibit 1 17:55-18:12)

14. Even after getting my information, Sgt Simon still trespasses me for not having a state issued ID card, which no law requires me to have. (41:00-43:35 plaintiff exhibit 1)

### CLAIM I - 42 USC 1983 - 4TH AMENDMENT CLAIM- UNLAWFUL SEIZURE

15. Both defendants, at all times were acting under color of law.

16. Both defendants violated my right to be free from an unlawful seizure by detaining me without even arguble reseaonable suspicion of any criminal activity.

### CLAIM II- 42 USC 1983 - 4TH AMENDMENT CLAIM - UNLAWFUL SEARCH

17. Both defendants, at all times were acting under color of law.

18. Both defendants committed an unlawful search when Ofc Noel under command from Sgt Simon forced me under threat of arrest to Identify.

### CLAIM III- STATE RECORD ACTS VIOLATION

19. Both defendants, at all times were acting under color of law.

20. The defendants were driven to violate our rights by a policy to Identify ourself to enter the building, which goes against our right to request records anonymously.

### CLAIM IV- 42 USC 1983- 1ST AMENDMENT VIOLATION

21. Sgt. Simon at all times was acting under color of law.

22. Sgt. Simon violated my first amendment right to gather information, even after meeting the buildings policy by identifying. He removed me from a place i was legally allowed to be for no legal reason.

**Relief**

21. I am asking for 100,000 in punitive damages, and declaratory relief in making sure the defendants realize policy doesn't over ride state law.

**Dated:**                                Respectfully submitted,

                                                    /s                                    Pro Se

                                        Lana Patrick Pro Se
                                        9378 Arlington Expy PMB 204
                                        Jacksonville FL 32225
                                        Email: thejtownpress@gmail.com
                                        Phone: 904-524-6030



**United States District Court**
**Southern District of Florida**

Case Number: _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Scanned)**

____ • Poor quality scanned images (i.e. Handwritten, Photographs)

____ • Surety bonds

____ • Bound extradition papers

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Not Scanned)**

__X__ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 9-23-2024

Revised: 2/20/2019